# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00610-CV

**Carlos Solorzano and Bettie Solorzano, Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY, NO. D-1-FM-14-005144, THE HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING

### O R D E R

**PER CURIAM**

The reporter's record in this appeal was originally due to be filed on October 3, 2014. By request to this Court dated October 6, 2014, Meanette J. Salgado has requested an extension of time.

The Texas Rules of Appellate Procedure prohibit this Court from granting extensions of over 10 days for the filing of reporters' records in accelerated appeals, including those from suits for termination of parental rights. *See* Tex. R. App. P. 35.3(c). Further, any extensions of time granted for the filing of the reporters' records may not exceed 30 days cumulatively. *See* Tex. R. App. P. 28.4(b)(2). Accordingly, Meanette J. Salgado is hereby ordered to file the reporter's record in this case on or before October 14, 2014. If the record is not filed by that date, Salgado may be required to show cause why she should not be held in contempt of court.

It is ordered on October 8, 2014.

Before Chief Justice Jones, Justices Rose and Goodwin.